**Charles Lee WILLIAMS,**
**Plaintiff—Appellant,**

v.

**ALAMEDA COUNTY SHERIFF**
**DEPT.; et al., Defendants—**
**Appellees.**

No. 06–17069.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 27, 2007.

Charles Lee Williams, Represa, CA, pro se.

Matthew M. Grigg, Esq., Law Offices of Nancy E. Hudgins, San Francisco, CA, for Defendants–Appellees.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** **

California state prisoner Charles Lee Williams appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging inadequate medical attention. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's grant of summary judgment, *Lopez v. Smith,* 203 F.3d 1122, 1131 (9th Cir.2000) (en banc), and we affirm.

The district court properly granted summary judgment in favor of defendants because Williams did not raise a triable issue of fact as to whether any of the prison medical staff possessed a culpable state of mind in deciding not to operate immediately on Williams' hernia. *See id.* (outlining requirements of medical indifference claim under Eighth Amendment).

Williams' motion for appointment of counsel is denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

